**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES A. CALLAHAN, et al., | No. C-06-3353 MEJ |
| Plaintiff(s), | **ORDER REQUESTING INFORMATION RE: PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| vs. | |
| HOUSER HOLDINGS, LLC dba SONOMA GROVE, et al., | |
| Defendant(s). / | |

The Court is in receipt of Plaintiff's Application to Proceed *In Forma Pauperis*. Upon review of the Application, the Court notes that Plaintiff is represented by Counsel. In light of this fact, the Court requests further information as to Counsel's fee retainer and fee arrangement. This information shall be submitted to the Court no later than June 15, 2006.

**IT IS SO ORDERED.**

Dated: June 12, 2006

MARIA-ELENA JAMES
United States Magistrate Judge