# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | July 11, 2006 |
| Name of SERVER: David Grabill | TITLE: Attorney |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: (Teresa Thurman) Sonoma Superior Court — Annex, 3035 Cleveland Avenue, Santa Rosa, CA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 17, 2006

Signature of Server: David Grabill

Address of Server: 1930 Alderbrook Lane, Santa Rosa, CA 95405

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure