David Grabill, SBN 46758
1930 Alderbrook Lane
Santa Rosa, CA 95405
Voice: (707) 528 6839  Fax: (707) 780 1585

Edie Sussman, SBN 101432
Law Offices of Sussman & Ziskin
719 Orchard Street
Santa Rosa, CA 95404
Voice: (707) 523-7033  Fax: (707) 573-1094

Jeffery Hoffman, SBN 118768
California Rural Legal Assistance
725 Farmers Lane, #10
Santa Rosa, CA 95405
Voice: (707) 528-9941  Fax: (707) 528-0125

Ilene J. Jacobs, SBN 126812
California Rural Legal Assistance, Inc.
511 D Street;
Post Office Box 2600
Marysville, CA 95901
Voice: (530) 742 7235   Fax: (530) 741 0854

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. CALLAHAN, and ALICE E. McADAMS,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSER HOLDINGS, LLC, dba SONOMA GROVE, TERESA THURMAN, and DOES 1-25, Inclusive,<br><br>Defendants. | NO. C 06 03353 MEJ<br><br>NOTICE OF DISMISSAL WITH PREJUDICE PER F.R.C.P. RULE 41(a)<br><br>ORDER CLOSING FILE |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the Settlement Agreement between the parties, the plaintiffs hereby dismiss this action with prejudice.

1
**NOTICE OF DISMISSAL**

1    Dated: October 27, 2006

David Grabill
Attorney for Plaintiffs

6    The Clerk of Court shall close the file.

7    Dated: October 30, 2008



1  **PROOF OF SERVICE**

2  I am a resident of the State of California, County of Sonoma, and over the age of 18 years.  I

3 am not a party to the within action.  My business address is 1930 Alderbrook Lane; Santa Rosa, CA

4 95405.  On the date this Proof of Service is signed below, I served the within

5  DISMISSAL OF ACTION

6 on the attorneys for the defendants in said action by:

7 ☐ personal delivery to the person named at the address below:

8 ☒ by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in

9 the  United States mail at Santa Rosa, CA addressed to the person and address set forth below:

10 ☐ by facsimile transmission to the person named at the telephone number shown below:

11
James S. Morse
12 Robert S. Coldren
John H. Pentecost
13 Linda J. Lester
Hart King & Coldren
14 200 Sandpointe, Fourth Floor
Santa Ana, CA 92707
15
    Fax: 714 546 7457
16
Executed on October 27, 2006 at Santa Rosa, California.  I declare under penalty of perjury under the
17
laws of the state of California that the foregoing is true and correct.
18
*/s/ David Grabill*
19
20 _____
 David Grabill
21

22

23

24

25

26

27

28